█████████████████████

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
:
v.  :  CRIMINAL NO. 10-00277-01
:
DALE HENRY  :

FILED
MAR 1 2 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 12th day of March, 2012, upon consideration of the government's motion to dismiss without prejudice the indictment charging defendant DALE HENRY in the above-captioned matter, it is hereby ORDERED that the indictment against defendant HENRY in the above-captioned matter, Criminal No. 10-00277-01, is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Senior Judge, United States District Court*

xc: Speedy Trial
U.S. Marshals (2)
U.S. Pretrial Services

Copies sent _____ to:      Copies mailed _____ to: